# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 24-1189-JAK (JPRx)**                                   Date: **January 16, 2025**
Title:  **Mike Barry et al. v. City of L.A.**
================================================================

**DOCKET ENTRY: Order to Show Cause Why the Parties Should Not Be Sanctioned for Failing to Comply with a Court Order and Taking Settlement Conference Off Calendar**

================================================================
PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

Bea Martinez                                                                 n/a
Deputy Clerk                                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANT:
None present                                                              None present

**PROCEEDINGS: (IN CHAMBERS)**

A settlement conference in this matter was originally scheduled for December 16, 2024.  When Plaintiffs did not timely or fully comply with the Court's settlement-conference order, the Court continued the settlement conference to January 21, 2025 — three days before the parties' deadline — and warned that if any party did not "fully comply with the Court's settlement-conference order in advance of the conference, including by timely submitting updated settlement-conference statements," they could be sanctioned monetarily.  (ECF No. 32.)

The parties' updated settlement-conference statements were due on January 14, and neither side has submitted any.  Although Defendant copied the Court's deputy clerk on an email to Plaintiffs' counsel suggesting that Plaintiffs had indicated that they were no longer available on January 21 and advising them to seek relief from the District Judge's scheduling order, that does not absolve Defendant from having to comply with the settlement-conference order.  And Plaintiffs have neither complied with that order nor sought relief from the District Judge.

Accordingly, Plaintiffs and Defendants are both ORDERED to show cause in writing no later than seven days from the date of this order why they should not be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

| | | |
|---|---|---|
| Case No.: | **CV 24-1189-JAK (JPRx)** | **January 16, 2025** |
| | <u>**Mike Barry et al. v. City of L.A.**</u> | **Page 2** |

---

sanctioned up to $1000 for failing to comply with a court order and for wasting the Court's time.  Because the Court no longer has time or the information it needs to adequately prepare for the settlement conference, it is ORDERED off calendar, and the parties must seek relief from the scheduling order from the District Judge.

    cc: Judge Kronstadt